UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL PERRONE, as personal
representative of the Estate of Rita
Thibault and on behalf of her survivors

     Plaintiff,

 v.                                                                    Case No: 5:20-cv-32-VMC-PRL

CENTURION OF FLORIDA, LLC,
CARLOS GONZALEZ PAGAN and
CRYSTAL REDMON,

     Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. # 71), filed on August 18, 2022, recommending that Defendants' Motion for Taxation of Costs (Doc. # 62) should be granted.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and denies the Motion.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).

1

In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1)   The Report and Recommendation (Doc. # 71) is **ACCEPTED** and **ADOPTED**.

(2)   Defendants' Motion for Taxation of Costs (Doc. # 62) is **GRANTED**.

(3)   The Clerk is directed to enter a cost judgment in favor of Defendants and against Plaintiff in the amount of **$5,404.43.**

2

**DONE and ORDERED** in Ocala, Florida, this <u>2nd</u> day of September, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE